

Kovel Law PLLC
Daniel H. Kovel, Esq.
phone: 646.397.1729
e-mail: dkovel@kovel-law.com

> Given Plaintiff's filing of the Amended Complaint, *see* Dkt. No. 15, Defendant's Motion to Compel (which is incorrectly addressed to Magistrate Judge Willis) at Dkt. No. 14 is HEREBY DENIED as moot.
>
> SO ORDERED.  Dated July 12, 2024.
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

**Via ECF**

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>Wasserman v. NYC Dept. of Education, et al.</u>
              Docket No. 24-cv-1719-MMG

Dear Judge Garnett,

    This firm represents Plaintiff Julianna Wasserman in the above-captioned action and writes in response to Defendant's Motion to Compel an Amended Complaint. Plaintiff has filed an Amended Complaint, which renders Defendant's motion moot. Thank you.

Sincerely,

Daniel H. Kovel

cc:    All Counsel of Record – *Via ECF*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/12/2024
```