UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

| | | |
|---|---|---|
| JULIANNA WASSERMAN, | | **NOTICE OF DEFENDANT NEW YORK CITY DEPARTMENT OF EDUCATION'S MOTION TO DISMISS THE AMENDED COMPLAINT** |
| | Plaintiff, | |
| -against- | | |
| NEW YORK CITY DEPARTMENT OF EDUCATION, *et al.*, | | |
| | Defendants. | 24-CV-1719 (MMG) |

------------------------------------------------------------------------ X

**NOTICE OF DEFENDANT NEW YORK CITY DEPARTMENT OF EDUCATION'S MOTION TO DISMISS THE AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant NEW YORK CITY DEPARTMENT OF EDUCATION'S Motion to Dismiss the Amended Complaint, dated August 29, 2024, and upon all the papers and proceedings previously had herein, the undersigned will move this Court, before the Hon. Margaret M. Garnett, United States District Court Judge, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, Courtroom 2102, New York, NY, 10007, on a date and time to be determined by the Court, for an order, pursuant to Rule 12 (b)(6) of the Federal Rules of Civil Procedure, dismissing the Amended Complaint on the grounds that, as a matter of law, it fails to adequately state a claim upon which relief can be granted, and for further relief as the Court may deem just and proper.

Dated:   New York, New York
        August 29, 2024

                                                              **MURIEL GOODE-TRUFANT**

                                            Acting Corporation Counsel of the
                                                City of New York
                                            Attorney for Defendants
                                            100 Church Street, Room 2-141
                                            New York, New York 10007
                                            (212) 356-2441

By:                 ___/s/ Rodalton J. Poole_____
                           Rodalton J. Poole
                           Assistant Corporation Counsel