

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**RODALTON J. POOLE**
Labor and Employment Law Division
(212) 356-2441
Email: ropoole@law.nyc.gov

November 22, 2024

**By ECF**
Judge Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

Re: Julianna Wasserman v. New York City Department of Education, et al.
Civil Action No.: 24-CV-1719 (MMG)(JW)

Dear Judge Garnett:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York and the attorney for the New York City Department of Education in the above-referenced action. As the Court is aware, the parties were referred to mediation on March 13, 2024. I write to respectfully request that the mediation be adjourned *sine die* because Defendant has filed a motion to dismiss the Amended Complaint in its entirety. *See* ECF No. 23. Defendant is open to considering a resolution of any claims that may survive the motion to dismiss and will remain in communication with counsel for the plaintiff to determine whether it can be settled. However, at this juncture Defendant respectfully requests that the mediation be adjourned pending resolution of Defendant's motion to dismiss. Plaintiff consents to this request.

I thank the Court for its consideration of this request.

Respectfully Submitted,

By: /s/ *Rodalton J. Poole*
Rodalton J. Poole
Senior Counsel

cc: **VIE ECF**
Daniel Kovel

- 2 -

Kovel Law PLLC
14 East 96th Street, Ste. #3
New York, NY 10128
dkovel@kovel-law.com

DENIED. The parties are HEREBY ORDERED to attend mediation as previously ordered by the Court. The parties shall participate in good faith and attempt to reach a universal settlement, notwithstanding the pending motion to dismiss. The parties shall submit a further status report by no later than **January 10, 2025**, if mediation has not been scheduled by that date. The parties are also ORDERED to submit a status report no later than seven (7) days after any scheduled mediation.

SO ORDERED. Dated November 25, 2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE