

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

> This request is GRANTED. The settlement conference is now adjourned to **December 17, 2025, at 10:30 AM**. SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> November 6, 2025

<u>VIA ECF</u>
Honorable Jennifer E. Willis
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    Wasserman v. New York City Department of Education et al.,
                24-cv-01719 (MMG) (JW)

Dear Magistrate Judge Willis:

    I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendant New York City Department of Education in the above-referenced action.

    I write, as a supplement to my email communication to the Court dated November 4, 2025, to respectfully request a brief adjournment of the settlement conference scheduled for November 6, 2025. I have been placed on a medical restriction that temporarily prevents me from traveling to in-person court appearances. I conferred with Plaintiff' counsel about the possibility of requesting to proceed virtually or for a brief adjournment, and the parties have preference for an adjournment, to allow for an in-person settlement conference. My travel limitation could continue through next week, November 14, at the latest. Plaintiff's counsel is not available the week of December 1-5, 2025, and expressed preference to have the conference occur before December 22, 2025, if possible.

    Please accept my sincere apologies for the timing of this request, as I manage my changing medical circumstances. I am deeply appreciative of the Court's consideration of this request.

                                                     Respectfully submitted,

                                                     */s/ Madeleine A. Knutson*
                                                      Madeleine A. Knutson, Esq.
                                                     Assistant Corporation Counsel

cc: All parties (by ECF)